Owen J. Dunn, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Houghton and Scott, JJ., dissenting.

The People of the State of New York, Respondent, v. James Dillon, Appellant.— Judgment and order affirmed on authority of *People* v. *Spier* (120 App. Div. 786)..

F. V. Smith Contracting Company, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs, on 115 Appellate Division, 180.

Cora D. Thompson, Respondent, v. Standard Fashion Company, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,500, in which event judgment, as so reduced, and order affirmed, without costs. No opinion. Settle order on notice.

Charles Chanowitz, Appellant, v. Union Switch and Signal Company and William Morrison, Respondents.— Judgment affirmed, with costs. No opinion. Patterson, P. J., dissenting.

James Cooper, as Administrator, etc., of Joseph Dickson Cooper, Deceased, Respondent, v. New York Edison Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mary Corcoran, as Administratrix, etc., of William Corcoran, Deceased, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order affirmed, with costs. No opinion. Clarke, J., dissenting.

John J. Geoghegan, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order affirmed, with costs. No opinion.·

Société Anonyme des Glaces Nationales Belges, Respondent, v. Jacques Kahn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.·

Raffael Luongo, Appellant, v. Hyman Davis and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. The City Island Land and Dock Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1904.). The People of the State of New York ex rel. The City Island Land and Dock Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1905.) The People of the State of New York ex rel. The City Island Land and Dock Company, Respondent, v. John J. Brady and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1906.) The People of the State of New York ex rel. The City Island Land and Dock Company, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1907.)— Orders affirmed, with costs and disbursements. No opinion.